ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: donna.wittig@akerman.com

SCOTT KESSLER, ESQ. (*pro hac vice forthcoming*)
DARRYL GRAHAM, ESQ. (*pro hac vice forthcoming*)
**AKERMAN LLP**
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Telephone: (212) 880-3800
Facsimile: (212) 880-8965
Email: scott.kessler@akerman.com
Email: darryl.graham@akerman.com

*Attorneys for defendant Beltway Investment Group, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LCW INVESTMENTS, LLC, a Colorado limited liability company,<br><br>Plaintiff,<br><br>V.<br><br>BELTWAY INVESTMENT GROUP, INC., a Nevada corporation,<br><br>Defendant. | CASE NO.: 2:24-CV-01428-CDS-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>**(FIRST REQUEST)** |

LCW Investment, LLC and Beltway Investment Group, Inc. (**Beltway**) stipulate to allow Beltway an extension of thirty (30) days, up to and including **September 30, 2024**, to file its responsive pleading. Beltway's current responsive pleading deadline is August 29, 2024. Beltway requests the extension to allow additional time for review and preparation of its responsive pleading.

. . .

. . .

77701230;1

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice.

DATED August 22, 2024.

| **AKERMAN LLP** | **WEIDE & MILLER, LTD.** |
|---|---|
| /s/ Donna M. Wittig<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>SCOTT KESSLER, ESQ.<br>(*pro hac vice forthcoming*)<br>DARRYL GRAHAM, ESQ.<br>(*pro hac vice forthcoming*)<br>1251 Avenue of the Americas, 37th Floor<br>New York, NY 10020<br><br>*Attorneys for defendant*<br>*Beltway Investment Group, Inc.* | /s/ Kyle Singhal<br>F. CHRISTOPHER AUSTIN, ESQ.<br>Nevada Bar No. 6559<br>10655 Park Run Drive, Suite 100<br>Las Vegas, NV 89144<br><br>KYLE SINGHAL, ESQ.<br>D.C. Bar No. 1601108<br>(*pro hac vice pending*)<br>HOPWOOD & SINGHAL PLLC<br>1701 Pennsylvania Ave N.W., Suite 200<br>Washington, DC 20006<br><br>*Attorney for plaintiff*<br>*LCW Investments, LLC* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: August 23, 2024

77701230;1