ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: donna.wittig@akerman.com

SCOTT KESSLER, ESQ. (*pro hac vice*)
DARRYL GRAHAM, ESQ. (*pro hac vice forthcoming*)
**AKERMAN LLP**
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Telephone: (212) 880-3800
Facsimile: (212) 880-8965
Email: scott.kessler@akerman.com
Email: darryl.graham@akerman.com

*Attorneys for defendant*
*Beltway Investment Group, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LCW INVESTMENTS, LLC, a Colorado limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BELTWAY INVESTMENT GROUP, INC., a Nevada corporation,<br><br>Defendant. | CASE NO.: 2:24-CV-01428-CDS-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>**(SECOND REQUEST)** |

LCW Investment, LLC and Beltway Investment Group, Inc. (**Beltway**) stipulate to allow Beltway an extension of ten (10) days, up to and including **October 10, 2024**, to file its responsive pleading. Beltway's current responsive pleading deadline is September 30, 2024. Beltway requests the extension to allow additional time for review and preparation of its responsive pleading following an unexpected family issue that arose and upcoming religious obligations.

. . .

This is the parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice.

DATED September 25, 2024.

| AKERMAN LLP | WEIDE & MILLER, LTD. |
|---|---|
| /s/ Scott Kessler<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>SCOTT KESSLER, ESQ.<br>(*pro hac vice*)<br>DARRYL GRAHAM, ESQ.<br>(*pro hac vice forthcoming*)<br>1251 Avenue of the Americas, 37th Floor<br>New York, NY 10020<br><br>*Attorneys for defendant*<br>*Beltway Investment Group, Inc.* | /s/ Kyle Singhal<br>F. CHRISTOPHER AUSTIN, ESQ.<br>Nevada Bar No. 6559<br>10655 Park Run Drive, Suite 100<br>Las Vegas, NV 89144<br><br>KYLE SINGHAL, ESQ.<br>D.C. Bar No. 1601108<br>(*pro hac vice pending*)<br>HOPWOOD & SINGHAL PLLC<br>1701 Pennsylvania Ave N.W., Suite 200<br>Washington, DC 20006<br><br>*Attorney for plaintiff*<br>*LCW Investments, LLC* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: September 26, 2024